1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10    MICHAEL CULLEY,

11                        Plaintiff,                          CASE NO. C05-422C

12         v.                                                 ORDER

13    INTERNAL REVENUE SERVICE, et al.,

14                        Defendants.

15         This matter comes before the Court on Plaintiff's Motion to Dismiss (Dkt. No. 4).  Plaintiff has

16    not served Defendants, and Defendants have not otherwise appeared.  Accordingly, the Court hereby

17    DISMISSES Plaintiff's action, without prejudice.

18

19         SO ORDERED this  17th  day of May, 2005.

20

21

22    _____

23    UNITED STATES DISTRICT JUDGE

24

25

26    ORDER – 1